JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMMIE ALEXANDAR, Individually and as SUCCESSOR-IN-INTEREST to SIMMIE CAYTON, Deceased; PATRICIA CAYTON, BONNIE SCOTT, BRENDA MCCALL, MARILYN MORRISSETTE, SAMMIE CAYTON, and SHIRLEY CAYTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>CBS CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GENERAL ELECTRIC COMPANY; INGERSOLL-RAND COMPANY, Individually and as successor-in-interest to The Aldrich Company; MECHANICAL DRIVES & BELTING, F/K/A L.A. Rubber Company; METALCLAD INSULATION, LLC F/K/A METALCLAD INSULATION CORPORATION; UNION CARBIDE CORPORATION; and DOES 1-300.<br><br>    Defendants. | CASE NO. 2:15-cv-09756-R-E<br><br>Assigned to:  Hon. Manuel L. Real<br><br>Referred to:  Mag. Charles F. Eick<br><br>**ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT PURSUANT TO STIPULATION**<br><br>Compl. Filed:   September 29, 2014<br><br>Date Removed: December 18, 2015<br><br>Trial Date:      April 19, 2016 |

DENTONS US LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3124
(213) 688-1000

PURSUANT TO STIPULATION, IT IS ORDERED: Plaintiffs SIMMIE ALEXANDAR, Individually and as SUCCESSOR-IN-INTEREST to SIMMIE CAYTON, Deceased; PATRICIA CAYTON, BONNIE SCOTT, BRENDA MCCALL, MARILYN MORRISSETTE, SAMMIE CAYTON, and SHIRLEY CAYTON dismiss all of their claims against Defendants METALCLAD INSULATION LLC and UNION CARBIDE CORPORATION with prejudice, and this case is REMANDED to the Los Angeles County Superior Court, Case No. BC559114.

**IT IS SO ORDERED.**

DATED: March 3, 2016

Honorable Manuel L. Real